■ UNIVERSITY EYE SPECIALISTS, P.C., et al., Appellants-Respondents, v TRAVELERS INDEMNITY COMPANY, Respondent-Appellant. [765 NYS2d 303] —Appeal and cross appeal from an

order of Supreme Court, Wyoming County (Dillon, J.), entered June 17, 2002, which, inter alia, denied the motion of defendant and the cross motion of plaintiffs for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court, Wyoming County, Dillon, J. Present—Pine, J.P., Hurlbutt, Scudder and Hayes, JJ.